UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 7:13-CV-52-FL ) |
| BILLIE FAYE HAYWOOD and TERRY L. FERRELL, | ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Billie Faye Haywood's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 2, 2014, that defendant Billie Faye Haywood's motion for default judgment is granted. Judgment is entered in favor of Billie Faye Haywood and proceeds previously deposited in the sum of Sixty Thousand Five Hundred Sixty-Six and 06/100 Dollars ($60,566.06), less the amount of Three Thousand Eight Hundred Sixty-Six and 26/100 Dollars ($3,866.26) already distributed to plaintiff by earlier order of the court, shall be paid to this defendant as indicated in the court's April 2, 2014 order.

**This Judgment Filed and Entered on April 3, 2014, and Copies To:**
Elizabeth J. Bondurant (via CM/ECF Notice of Electronic Filing)
Manning A. Connors, III (via CM/ECF Notice of Electronic Filing)
Andrew O. Whiteman (via CM/ECF Notice of Electronic Filing)
Terry L. Ferrell (via U.S. Mail) 153 Arlington Drive, Wilmington, NC 28401

April 3, 2014                     JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk